**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 08-22584-CIV-GRAHAM

LARRY MORROW,

    Petitioner,

vs.

WALTER A McNEIL,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Petitioner's Motion for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White for consideration and report pursuant to 28 U.S.C. §636(b)(1)(B) and Rules 8 and 10 of the Rules Governing Section 2254 Cases in the United States District Courts. The Magistrate Judge issued a Report recommending that Petitioner's motion be denied [D.E. 16]. Petitioner has failed to timely file objections to the report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. After a careful review of the case, the Court finds that the objections are without merit. Petitioner has not presented grounds that would excuse the procedural bar to habeas relief. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 16] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Petitioner's Motion for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Larry Morrow, Pro Se
    Counsel of Record